**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

Tammy L. Tucker,   Case No. 3:18-bk-03086-JAF

      Debtor.
_____/

**APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF**
**NAJI HASSAN OF 7 STAR REALTY, INC. AS REALTOR FOR THE ESTATE**

The Trustee, Robert Altman, applies for an Order authorizing the employment of Naji Hassan of 7 Star Realty, Inc. as realtor of this estate and would show:

1. The estate owns real estate located in Pawtucket, Rhode Island, known as 419 Armistice Blvd., Pawtucket, RI, with an estimated value of $213,181.00 pursuant to Schedules. There are two mortgages against the property, one owed to Bank of NY Mellon with an approximate balance owed of $163,453.55, pursuant to the Motion for Relief From Stay filed September 11, 2018 [Doc. No. 7], and another mortgage held by Bayview Financial Loans with an approximate balance owed of $29,180.00, pursuant to Schedule D.

2. The Trustee desires to employ Naji Hassan of 7 Star Realty, Inc. to sell the property.

3. After reviewing the facts and issues in this case, the Trustee has concluded that the assistance of a real estate agency is necessary to enable the Trustee to discharge the Trustee's statutory duties.

4. The Trustee has selected this real estate agency because they have the ability and experience to render the necessary assistance. The real estate agency has further agreed to seek compensation at their standard rates subject to the approval of the Court pursuant to Section 330 of the Bankruptcy Code.

5. To the best of the Trustee's knowledge, the real estate agency has no connection with the debtors' creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee and is thus disinterested within the meaning of 11 U.S.C. §101(14).

DATED: September 12, 2018.

**Robert Altman, P.A.**

*/S/ Robert Altman*
**Robert Altman, Trustee**
**Florida Bar No. 346861**
**P.O. Box 922**
**Palatka, Florida 32178-0922**
**(386) 325-4691**
**(386) 256-1423 (fax)**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Trustee's Application for Order Authorizing Employment of Naji Hassan of 7 Star Realty, Inc. as Realtor for the Estate has been furnished to Tammy L. Tucker, 3329 NE 29th Ave., Ocala, FL 34479, and to Damien Aranguren, Esquire, 119 West Fort King Street, Ocala, FL 34471 by U.S. Mail, first class, postage prepaid or electronic filing CM/ECF, this 12th day of September, 2018.

*/S/ Robert Altman*
**Robert Altman, Trustee**